UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jehan O., | Case No. 22-cv-0466 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER FOR REMAND AND DISMISSAL WITHOUT PREJUDICE** |
| Leslie Tritten, *Field Office Director, U.S. Citizenship and Immigration Services, Minneapolis, MN*; and Ur Jaddou, *Director, U.S. Citizenship and Immigration Services, Washington, D.C.*, | |
| Defendants. | |

---

Based upon the stipulation to remand this matter and dismiss this case without prejudice, (Dkt. 9), and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. This case is remanded to the United States Citizenship and Immigration Services (USCIS) for a decision on Plaintiff Jehan O.'s Form N-400 Application for Naturalization.

2. The USCIS shall issue its decision on the N-400 Application for Naturalization within 14 days after the date of this Order.

2

3. This case is dismissed without prejudice, with each party to bear its own costs, disbursements, and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 22, 2022                                s/Wilhelmina M. Wright
                                                            Wilhelmina M. Wright
                                                            United States District Judge